# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

LORENE FOREMAN,

                      Plaintiff,

      vs.

MELROY PROPERTY MANAGEMENT;
MORGAN FAMILY TRUST; ANTHONY
DI VINCENZO; and DOES 1-15,

                   Defendants.

CASE NO. 06cv0612-LAB (WMc)

**ORDER FOLLOWING HEARING
ON ORDER TO SHOW CAUSE**

[Dkt No. 17]

On October 30, 2007. the court convened the Order To Show Cause Re Sanctions ("OSC") hearing requiring the personal appearances of counsel of record, Genail Anderson, Esq., and plaintiffs following plaintiffs' notice to the court their counsel had abandoned their case. The First Amended Complaint ("FAC"), filed June 26, 2006, has never been served. Ms. Anderson and plaintiffs appeared at the hearing. Pursuant to discussions on the record, **IT IS HEREBY ORDERED**:

      1. Although Ms. Anderson remains counsel of record and responsible for the prosecution of this action on behalf of her clients, the sanctions OSC is **DISCHARGED**.

      2. On or before ***November 9, 2007***, Ms. Anderson shall ensure either a Substitution of Attorney is filed, properly identifying new counsel or replacing herself with plaintiffs *in pro per*, or she shall cause to be filed a dismissal of the federal action as part of effectuating pursuit of plaintiffs' claims in state court. She shall instruct plaintiffs regarding service of process if the federal action is not dismissed and they proceed *in pro per*.

      3. Leave is hereby granted to effectuate late service of the Summons and the FAC, as long as a copy of this Order accompanies the belated service of process and the service occurs before November 30, 2007.

4.      If neither a Substitution of Attorney nor a Dismissal of the action is timely filed, on *November 13, 2007 at 11:30 a.m* Ms. Anderson and plaintiffs shall personally appear again before the undersigned District Judge for a status hearing.

5.      The Clerk of Court is instructed to mail a copy of this filed Order to:

        a.      Ms. Genail Anderson, Esq.
                The Boss Law Firm
                7220 Trade Street, Suite 207
                San Diego, CA  92121

        b)      Lorene and Earnest Foreman
                P.O. Box 881233
                San Diego, CA  92168-1233

**IT IS SO ORDERED**.

DATED:  October 30, 2007

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge

2

06CV0612