# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENE FOREMAN, *et al.*<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>MELROY PROPERTY MANAGEMENT; MORGAN FAMILY TRUST; ANTHONY DI VINCENZO; and DOES 1-15,<br><br>　　　　　　　　　　Defendants. | CASE NO. 06cv0612-LAB (WMc)<br><br>**ORDER FOLLOWING STATUS CONFERENCE AND DENYING AS MOOT MOTION TO WITHDRAW AS COUNSEL** |

　　　　On November 13, 2007, the court convened the Status Conference set at the October 30, 2007 Order To Show Cause hearing in this matter. Plaintiffs' counsel of record, Genail Anderson, Esq., appeared along with plaintiffs Lorene Foreman and Ernest Foreman. No defendant has yet been served with the Summons and Complaint. Ms. Anderson had noticed a Motion To Withdraw As Counsel prior to the hearing, and the process for substitution of attorney was discussed at the hearing. In consideration of the procedural problems and suggestions discussed on the record and this court's prior Orders, **IT IS HEREBY ORDERED**:

　　　　1.　　Ms. Anderson's Motion To Withdraw As Counsel is **DENIED** as moot. She shall assist plaintiffs in the preparation and filing of a Substitution of Attorney on or before *November 30, 2007*, naming themselves *in propria persona* or naming new counsel in place of Ms. Anderson.

　　　　2.　　As previously authorized, Ms. Anderson shall ensure defendants are served on behalf of the Foremans with the Summons and First Amended Complaint on or before *November 30, 2007*. If proof of service is not filed in this action on or before *November 30, 2007*, the court will dismiss this

1  case in its entirety, without prejudice. Should Ms. Anderson fail to effectuate service of the First
2  Amended Complaint as ordered herein, a post-dismissal sanctions hearing will be scheduled.
3       3.    A further Status Conference is calendared for ***December 10, 2007***, if the case has not
4  been dismissed for failure of service. Plaintiffs shall personally attend the conference and shall notify
5  their new counsel, if any, to also personally attend. Unless a formal substitution of attorney has been
6  approved before that date, Ms. Anderson shall also attend that conference.
7      **IT IS SO ORDERED**.
8  DATED: November 13, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge