1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

LORENE FOREMAN, EARNEST
FOREMAN, ,

CASE NO. 06cv612-LAB (WMc)

12

ORDER

Plaintiff,

13

vs.

14

MELROY ASSET MGT, et al.,

Defendant.

15
16
17

    An Early Neutral Evaluation Conference was held in the above captioned case on February

18

6, 2008.  Participating were Lorene Forman(plaintiff), Earnest Foreman(plaintiff), Spencer Skeen,

Esq.(counsel for defendant), Faizzeen Essa, Esq.(counsel for defendant), Vida  Melroy(defendant),

19

Dan Melroy(defendant), Anthony DiVincenzo(defendant) and Jake Felderman, Esq.(counsel for

20

defendant-participating by telephone).  The parties settled and the terms of the settlement were

21

entered on the record.  Based upon the settlement, the Court issues the following Order:

22

    1. Attorney Skeen shall prepare a settlement agreement and joint motion for dismissal to be

23

signed by all parties.

24

//

25

//

26

//

27

//

28

//

- 1 -

1    2. A telephonic Settlement Disposition Conference will be held *March 7, 2008*, at *9:00*

2    *a.m.* in the chambers of Magistrate Judge William McCurine, Jr. unless a signed joint motion for

3    dismissal of this case is filed before that date.  **Attorney Felderman is instructed to initiate the**

4    **call.**

5        IT IS SO ORDERED.

6    DATED:  February 6, 2008

7

8                                          Hon. William McCurine, Jr.
                                           U.S. Magistrate Judge
9                                          United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28